*Jeffrey J. Mirman,* in opposition.

Decided October 31, 2000

STATE OF CONNECTICUT *v.* CHARLES WILLIAMS

The Supreme Court docket number is SC 16415.

*Robin Schwartz,* special deputy assistant state's attorney, in support of the petition.

*Carlos E. Candal,* special public defender, in opposition.

Decided October 31, 2000

PETER RUSTICI ET AL. *v.* DANNEL MALLOY ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Andrew J. McDonald,* corporation counsel, and *Kenneth B. Povodator,* assistant corporation counsel, in support of the petition.